UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES JOSEPH KOHLER,

    Plaintiff,

v.                                Case No: 8:14-cv-1693-T-36TBM

DANIELLE N. PARSONS and MCCALLA
RAYMER, LLC,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas B. McCoun III on May 21, 2015 (Doc. 16). In the Report and Recommendation, Magistrate Judge McCoun recommends that Defendants' Motion to Quash Service and Dismiss the Complaint (Doc. 12) be granted in part and denied in part; and that Plaintiff's Motion to Strike Defendants' Motion to Quash (Doc. 14) be denied. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED that**:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 16) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)     Plaintiff's Motion to Strike the Motion to Quash (Doc. 14) is **DENIED**.

(3) Defendants' Motion to Quash Service and Dismiss the Complaint (Doc. 12) is

**GRANTED** in part and **DENIED** in part as follows:

    a. The Motion is denied as to McCalla Raymer, LLC; and

    b. The Motion is granted as to Danielle Parsons, Esq.

(4) All claims against Ms. Parsons are **DISMISSED** without prejudice.

(5) The Clerk is directed to terminate Ms. Parsons as a party to this action.

**DONE AND ORDERED** at Tampa, Florida on June 11, 2015.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas B. McCoun III
Counsel of Record

2